# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 11-cr-00043-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GIBRAN JESUS RAMIREZ-HERNANDEZ,

    Defendant.

## MINUTE ORDER[1]

The matter is before the court on the request of the probation department to continue the sentencing hearing in this matter. The request is reasonable and therefore should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the sentencing hearing set for June 22, 2011, is **VACATED** and is **CONTINUED** pending further order of court;

2. That on **May 25, 2011**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to reset the sentencing hearing in this matter; and

3. That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference. The probation officer, Michelle Means, shall be including in this setting conference.

Dated: May 17, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.