# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  11-cr-00043-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  GIBRAN JESUS RAMIREZ-HERNANDEZ,

      Defendant.

## MINUTE ORDER[1]

On May 25, 2011, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter.  After conferring with counsel, and with their consent,

**IT IS FURTHER ORDERED** as follows:

1.  That on **August 18, 2011**, commencing at 10:00 a.m., the court shall conduct the sentencing hearing in this matter; and

2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated:  May 25, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.