# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Action No. 11-cr-00043-REB
(Civil Action No. 12-cv-00697-REB)

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

1. GIBRAN JESUS RAMIREZ-HERNANDEZ,

    Defendant-Movant.

## ORDER

**Blackburn, J.**

    The matter before me is the **Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By a Person in Federal Custody** [#53][1] filed March 20, 2012, by defendant-movant. Because defendant-movant is proceeding *pro se*, I review his paper liberally and generously. *See Erickson v. Pardus*, 551 U.S. 89 ___, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); *Andrews v. Heaton*, 483 F.3d 1070, 1076 (10th Cir. 2007); *Hall v. Belmon*, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972)).

    The motion is before me for prompt examination and initial consideration under Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts. Based on my initial consideration of defendant's motion, which includes

---

[1] "[#53]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

my consideration of the motion and the record of prior proceedings, I can not conclude summarily that the defendant-movant is not entitled to relief and that the motion should be dismissed. Thus, under Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, I must order the United States Attorney to file an answer, motion, or other response within a fixed time.

**THEREFORE, IT IS ORDERED** as follows:

1. That by April 30, 2012, the United States Attorney for the District of Colorado **SHALL FILE** an answer, motion, or other response to the motion of the defendant-movant with the contents required by Rule 5(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts; and

2. That as provided by Rule 5(d) of the Rules Governing Section 2255 Proceedings for the United States District Courts, the defendant-movant may file by May 29, 2012, a reply to the government's answer, motion, or other response.

Dated March 29, 2012, in Denver, Colorado.

                                      **BY THE COURT:**

                                      */s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge